FILED

2003 NOV 24  P 3:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEX VELEZ                          Prisoner
                                    Civil No. 3:03CV299(RNC)(DFM)

v.

Jensen, et al.                      November 12, 2003

Motion for Leave
To Amend Complaint

In accordance with Rule 15, section (a) of the
Federal Rules of Civil Procedure and the Connecticut
Rules of Court, Federal, Plaintiff moves the Court
to permit the filing of an amended complaint.

In support of this motion, Plaintiff states that:

The proposed amendment deletes from the complaint
one defendant, Tony Minzger, and one cause of action,
inadiquate medical care. It provides clarification of
the remaining causes of action and adds certain facts
which were not known to the Plaintiff when the
original complaint was prepared but which Plaintiff
deems relevant. Finally, it provides specificity as
to the relief sought.

2

Plaintiff further states and certifies that a copy of the amended complaint was mailed to Defendants' counsel of record on or about Oct. 20, 2003. Counsel's consent to amend the complaint was requested but no reply has been received as of the date of this motion.

An original copy of the amended complaint accompanies this motion.

_____
Alex Velez # 225611
Pro Se Plaintiff

Garner Corr. Inst.
50 Nunnawauk Rd.
P.O. Box 5500
Newtown, CT 06470

3

## ORDER

The foregoing motion having been heard, it is hereby:

GRANTED // DENIED

Date: _____          _____

                                    Judge

## CERTIFICATION

The Plaintiff certifies that a copy of the foregoing motion was mailed to defense counsel on this date

Michael J. Lanove
Asst. Attorney General
110 Sherman St.
Hartford, CT 06105

Date  11-12-03                    Alex Velez
                                  Alex Velez #225611
                                  Pro Se Plaintiff