UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2003 DEC -1  P 4:08

US DISTRICT COURT
HARTFORD CT

ALEX VELEZ                          :
                                    :           PRISONER
    v.                              :    Case No. 3:03CV299(RNC)(DFM)
                                    :
JENSEN, et al.                      :

RULING AND ORDER

On April 11, 2003, the court ordered the U.S. Marshal to effect service on all defendants in their individual and official capacities. On July 18, 2003, the U.S. Marshal filed a return of service for all defendants in their official capacities and for defendants Gomez, Tung and Spring in their individual capacities. To date, no returns have been filed for defendants Jensen, Lahda and Neville in their individual capacities. Plaintiff now asks the court to order the U.S. Marshal to complete the service process.

Plaintiff's motion for service [**doc. #14**] is **GRANTED**. To enable the Marshal to effect personal service on defendants Jensen, Lahda and Neville in their individual capacities, plaintiff is directed to complete one of the enclosed Marshal service forms and summons forms for each of the three defendant using his current work address.

Plaintiff shall complete and return to the court the

completed service forms and summons forms and three copies of his amended complaint within **twenty** days of the date of this order. Plaintiff is cautioned that failure to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to personally serve the complaint on defendants Jensen, Lahda and Neville in their individual capacities within **thirty (30)** days from the receipt of the service packets and to file a return of service within **forty-five (45)** days from the date of receipt of the service packets.

Each defendant is hereby ordered to file an appearance within **thirty (30)** days from the date of service.

SO ORDERED this 25th day of November, 2003, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE