UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALEX VELEZ
    v.
JENSEN, et al.

PRISONER
Case No. 3:03CV299(RNC)(DFM)

### RULING AND ORDER

Plaintiff asks the court to schedule a settlement conference. Defendants' counsel has informed the court that a settlement conference is premature. Therefore, plaintiff's motion [**doc. #13**] is **DENIED** without prejudice to refiling at a later stage of the litigation.

**SO ORDERED** this _____ day of December, 2003, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE