United States District Court
District of Connecticut

Alex Velez                              Prisoner
                                        Case No. 3:03CV299(RNC)(DFM)
v.

Jensen, et al.                          December 17, 2003

Motion for Extension of Time

The Plaintiff, Alex Velez, requests that the Court grant him an extension of the time specified for Plaintiff to comply with the Court's order of November 25, 2003.

In support of this motion, Plaintiff states that:

1. On November 25, 2003, the Court issued an order which was to facilitate service upon three defendants in their individual capacities. The order stated that Plaintiff had twenty (20) days to comply with the order. The twenty day period expired on December 15, 2003.

2. Plaintiff did not receive notice of the Court's order until December 16, 2003. The postmark

on the envelope which Plaintiff received in the mail showed that notice was mailed to the Plaintiff on December 12, 2003. A photocopy of the postmark is attached to this motion.

3. Due to the late mailing of the Court's order, Plaintiff was prevented from complying in a timely manner.

4. This motion is being filed simultaneously with Plaintiff's compliance with the Court's order.

The Plaintiff

*Alex Velez*
Alex Velez #225611
Pro Se
Garner Corr. Inst.
PO Box 5500
Newtown, CT 06470

Alex Velez 225611

# ORDER

The foregoing motion having been heard, it is hereby:

GRANTED // DENIED

Date: ______________________ ______________________
Judge

# CERTIFICATION

The Plaintiff certifies that a copy of this motion was mailed to defense counsel on this date.

State Attorney Michael J. Lanoue
110 Sherman St.
Hartford, CT 06105

Date 12-17-03

Alex Velez
Alex Velez #225611

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

OFFICIAL BUSINESS

3:0

Alex Velez
Inmate 225611
Garner Correctional Facility
50 Nunnawauk Rd., PO Box 5500
Newtown, CT 06470-5500

G-125