UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 16  P 5:19

U.S. DISTRICT COURT
HARTFORD, CT.

ALEX VELEZ                         :
                                   :
          v.                       :           PRISONER
                                   :   Case No. 3:03CV299(RNC)(DFM)
JENSEN, et al.                     :

RULING AND ORDER

On November 25, 2003, the court ordered plaintiff to complete forms required for the U.S. Marshal to effect personal service on defendants Jensen, Lahda and Neville. Plaintiff states that he did not receive the order until December 16, 2003, and asks court to extend the response time. Plaintiff has submitted completed forms with his motion. Plaintiff's motion for extension of time [**doc. #18**] is **GRANTED**.

In addition, plaintiff seeks leave to amend his complaint to omit one claim and clarify others. Plaintiff's motion [**doc. #15**] is **GRANTED**.

**SO ORDERED** this 16th day of January, 2004 at Hartford, Connecticut.

                                    _____
                                    DONNA F. MARTINEZ
                                    UNITED STATES MAGISTRATE JUDGE