FILED

2004 FEB 11 P 12: 18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v. | : | |
| JENSEN, ET AL. | : | FEBRUARY 6, 2004 |

## MOTION TO DISMISS AND STRIKE

The defendants respectfully request, pursuant to Rule 12(f), Fed.R.Civ.P., that this Court strike paragraphs thirty (30) and thirty-one (31) as immaterial and irrelevant. Defendant Neville moves to dismiss pursuant to Rule 12(b), Fed.R.Civ.P.

DEFENDANTS
Jensen, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _/s/ Michael J. Lanoue_
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of February 2004:

Alex Velez #225611
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

_____
Michael J. Lanoue
Assistant Attorney General