United States District Court FILED
District of Connecticut
2004 FEB 17 P 4: 01
US DISTRICT
BRIDGEPORT

Alex Velez                         Prisoner
                                   Case No. 3:03 CV299 (RNC) (DFM)

v.

Jensen, et al                      February 5, 2004

## Motion for Order

1. On November 25, 2003, the Court issued an order for Plaintiff to provide forms for service in this case to facilitate personal service on defendants Jensen, Lahda, and Neville.

2. On or about December 17, 2003, Plaintiff mailed the required forms to the Court.

3. As of the date of this motion, Plaintiff has not received any notice that defendants Jensen, Lahda, or Neville have responded in any manner to the Notice of Summons.

4. Rule 4(d)(2) of the Federal Rules of Civil Procedure states that when a defendant fails to respond to such notice within a reasonable time, nominally thirty (30) days, "the court shall impose the costs subsequently incurred

2

in effecting service on the defendant..."

5. As this is the second effort at service to which these three defendants have failed to respond, the Plaintiff asks the Court to order the U.S. Marshal to complete service upon these three defendants and to impose the cost for such service upon the defendants.

By the Plaintiff

Alex Velez

Alex Velez #225611
Garner Corr. Inst.
PO Box 5500
Newtown, CT 06470


ORDER

The foregoing motion having been heard, it is hereby:

GRANTED // DENIED


Date: _____     _____

Judge

3

## CERTIFICATION

Plaintiff hereby certifies that a copy of this motion was mailed to the attorney for the defendants on this date.

Attorney Michael J. Lanove
110 Sherman St.
Hartford, CT 06105


Date: 2-5-04                    Alex Velez
                               Alex Velez
                               Plaintiff