**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Entry |
|---|---|
| PLAINTIFF | Alex Velez |
| DEFENDANT | Officer Jensen |
| COURT CASE NUMBER | 3:03CV299 (RNC)(DFM) |
| TYPE OF PROCESS | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Garner Correctional Ins

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 50 Nunnawauk Road, Newtown, CT 06470-2500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alex Velez #225611
Garner Correctional Ins
50 Nunnawauk Road
Newtown, CT 06470-2500

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

IFP / IND Cap

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 579-5573
DATE: 5/7/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 14
District to Serve: No. 14
Signature of Authorized USMS Deputy or Clerk: Q.L.W.
Date: 5/8/03

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service:
Time: am / pm
Signature of U.S. Marshal or Deputy: Q.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
Mailed - 5/8/03
Returned 2/11/04 - Unexecuted

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Alex Velez | COURT CASE NUMBER<br>3:03CV299(RNC)(DFM) |
|---|---|
| DEFENDANT<br>Officer Jeansem | TYPE OF PROCESS<br>Complaint |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Lahda, Garner Correctional Institute

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Nunnawauk Road, Newtown, Ct 06470-5500

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alex Velez, #225611
Garner Correctional Inst.
50 Nunnawauk Road
Newtown, Ct 06470-5500

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

EFP / IND Cap

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Alex Velez
TELEPHONE NUMBER: N/a
DATE: 4/29/03

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>G.I.W. | Date<br>5/8/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy
G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Mailed - 5/8/03
Returned 2/11/04 -- Unexecuted

PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Alex Velez
**COURT CASE NUMBER:** 3:03CV299(RNC)(DFM)
**DEFENDANT:** Officer Jensen
**TYPE OF PROCESS:** Complaint

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Kevin Neville, Garner Correctional Institute
**ADDRESS:** 50 Nunnawauk Road, Newtown, Ct 06470-5500

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Alex Velez, #285611
Garner Correctional Institute
50 Nunnawauk Road
Newtown, Ct 06470-5500

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 6
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
IFP / IND Cap

**Signature of Attorney or other Originator requesting service on behalf of:** Alex Velez  ☑ PLAINTIFF  ☐ DEFENDANT
**TELEPHONE NUMBER:** N/a
**DATE:** 4/29/03

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only first USM 285) | 1 | No. 14 | No. 14 | G.I.W. | 5/8/03 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):**
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address (complete only if different than shown above):**

**Date of Service:** **Time:** am / pm

**Signature of U.S. Marshal or Deputy:** G.I.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**
Mailed - 5/8/03
Returned 2/11/04 -- Unexecuted

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  **FORM USM-285 (Rev. 12/15/80)**