UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 23  P 4: 5̄

DISTRICT COURT
HARTFORD, CT.

ALEX VELEZ      :
                :           PRISONER
    v.          :   Case No. 3:03CV299(RNC)(DFM)
                :
JENSEN, et al.  :

RULING AND ORDER

On January 23, 2004, service packets were delivered to the U.S. Marshal for personal service on defendants Jensen, Lahda and Neville. The service order required the U.S. Marshal to file a return within forty-five days.

On February 17, 2004, the court received plaintiff's motion asking the court to order service on these defendants for a third time and to impose the costs of service. Plaintiff's motion is dated February 5, 2004, only thirteen days after the service packets were delivered to the U.S. Marshal service.

Plaintiff's motion [**doc. #23**] is **DENIED** as premature. Plaintiff may refile his motion only after the U.S. Marshal service has filed its return of service.

**SO ORDERED** this 23rd day of February, 2004, at Hartford, Connecticut.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE