United States District Court
District of Connecticut

Alex Velez						Prisoner
							Civil No. 3:03CV299(RNC)(DFM)

v.

Jensen, et al.					February 23, 2004

### Objection to Defendant's Motion to Dismiss and Strike

The Plaintiff objects to the defendants motion of February 6, 2004 to strike paragraphs thirty (30) and thirty-one (31) of the amended complaint and objects to the motion to dismiss Defendant Neville from the action.

By the Plaintiff

*Alex Velez*
Alex Velez II 225611
Garner Corr. Inst.
PO Box 5500
Newtown, CT 06470

## CERTIFICATION

The Plaintiff hereby certifies that a copy of the foregoing was mailed to defendant's counsel on this date.

Michael J. Lanoue
Asst. Attorney General
110 Sherman St.
Hartford, CT 06105

Date: 2-23-04

Alex Velez
Alex Velez #225611