UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v. | : |  |
| JENSEN, ET AL. | : | APRIL 1, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS JENSEN, LAHDA AND NEVILLE

Defendants Jensen, Lahda and Neville adopt the Answer and Affirmative Defenses previously filed by the defendants.

> DEFENDANTS
> Jensen, Lahda, Neville
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:_____/s/_____
> Michael J. Lanoue
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar #ct05195
> E-Mail:  michael.lanoue@po.state.ct.us
> Tel: (860) 808-5450
> Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of April 2004:

    Alex Velez #225611
    Garner Correctional Institution
    P.O. Box 5500
    Newtown, CT 06470


                                                          _____/s/_____
                                                          Michael J. Lanoue
                                                          Assistant Attorney General