UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|                |   |                                |
|----------------|---|--------------------------------|
| ALEX VELEZ     | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v.             | : |                                |
| JENSEN, ET AL. | : | APRIL 1, 2004                  |

## NOTICE RE:  SERVICE

    Defendants Jensen, Lahda and Neville give notice they waive defect or failure of service in their individual capacities.

                      DEFENDANTS
                      Jensen, Lahda, Neville

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

        BY:_____/s/_____
                Michael J. Lanoue
                Assistant Attorney General
                110 Sherman Street
                Hartford, CT  06105
                Federal Bar #ct05195
                E-Mail:  michael.lanoue@po.state.ct.us
                Tel: (860) 808-5450
                Fax: (860) 808-5591

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of April 2004:

Alex Velez #225611
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

_____/s/_____
Michael J. Lanoue
Assistant Attorney General