UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v. | : | |
| JENSEN, ET AL. | : | JUNE 16, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER AND ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS

1. The original scheduling order in this case closed discovery on January 4, 2004.

2. The plaintiff served interrogatories and production requests on the defendants which were received on or about June 7, 2004.  The requests were after the close of discovery.

3. Defendants have a pending Motion to Strike and a Motion to Dismiss which have not been ruled on by the Court.

4. Defendants request that the scheduling order be modified such that discovery may be completed by September 1, 2004, and that dispositive motions may be filed by October 1, 2004.

5. Defendants further request an enlargement of time to July 20, 2004, to respond to the plaintiff's discovery requests as defendants' counsel will miss time from work due to surgery and other personal reasons.  Defendant Neville is also not working at the present time due to work-related injuries and counsel needs further time to obtain his responses to discovery.

DEFENDANTS
Jensen, Lahda, Neville

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
   Michael J. Lanoue
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT  06105
   Federal Bar #ct05195
   E-Mail:  michael.lanoue@po.state.ct.us
   Tel: (860) 808-5450
   Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of June 2004:

Alex Velez #225611
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470


_____/s/_____
Michael J. Lanoue
Assistant Attorney General