33

**FILED**

UNITED STATES DISTRICT COURT
2004 JUN 18 P 12: 06

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v. | : | |
| JENSEN, ET AL. | : | JUNE 16, 2004 |

## MOTION TO CORRECT

Defendants Jensen, Lahda and Neville respectfully request to correct their Answer and Affirmative Defenses in the following manner:

1. The above named defendants adopted the Answer and Affirmative Defenses previously filed by the defendants.

2. The above mentioned Answer and Affirmative Defenses was in response to plaintiff's original complaint.

3. The plaintiff subsequently filed an Amended Complaint and the defendants filed a Motion to Strike and a Motion to Dismiss, in part, the Amended Complaint.

4. Defendants intended to adopt the Motion to Strike and Motion to Dismiss to plaintiff's Amended Complaint, but did not do so through unintentional mistake of counsel.

5. The Motion to Strike and Motion to Dismiss have not been ruled on by the Court.

**WHEREFORE**, defendants Jensen, Lahda and Neville request that the Court allow them to adopt the Motion to Strike and Motion to Dismiss of the defendants filed previously in response to plaintiff's Amended Complaint.

DEFENDANTS
Jensen, Lahda, Neville

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of June 2004:

Alex Velez #225611
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

_____
Michael J. Lanoue
Assistant Attorney General

2