United States District Court
District of Connecticut

FILED
2004 JUN 23 A 11: 52
U.S. DISTRICT COURT
BRIDGEPORT, CT

Alex Volez                           Prisoner
                                     Civil No. 3:03CV299 (RNC)(DFM)

v.

Jensen, et al.                       June 21, 2004

<u>Response to Defendants' Motion for
Modification and Enlargement</u>

In response to the June 16, 2004 Motion for Modification of Scheduling Order and Enlargement of Time to Respond to Discovery Requests, the Plaintiff writes to <u>support</u> the Defendants' motion on the grounds that:

1. The last of the Defendants' did not file appearances in this matter until after February of 2004.

2. The Defendants' have not yet filed an answer to the Amended Complaint which significantly altered the issues in this case.

3. The Inmates' Legal Assistance Program established by the State of Connecticut has not responded to

the Plaintiff's request for assistance in this case so the Plaintiff is being forced to proceed without legal assistance or access to a law library and this significantly increases the time it takes to prosecute this matter.

Based on the Defendants' suggested enlargement to July 20, 2004 to respond to discovery requests, the Plaintiff suggests that the scheduling order modification should set the date for completion of discovery no earlier than October 20, 2004 to allow time for the Plaintiff to review the responses received and conduct follow-up discovery. The Plaintiff further suggests that a deadline for dispositive motions then be set no earlier than January 1, 2005.

The Plaintiff will endever to meet such dates.

By the Plaintiff

Alex Velez
Alex Velez #225611
Garner Corr. Inst.
PO Box 5500
Newtown, CT 06470

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on the date shown.

Michael Lanove
Asst. Attorney General
110 Sherman St.
Hartford, CT 06105

Date  6-21-04

*Alex Velez*
Alex Velez