UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 13  P 4: 57

U.S. DISTRICT COURT
HARTFORD, CT.

ALEX VELEZ              :
                        :            PRISONER
    v.                  :    Case No. 3:03CV299(RNC)(DFM)
                        :
JENSEN, et al.          :

RULING AND ORDER

Defendants have filed a motion to modify the scheduling order and for an extension of time to respond to plaintiff's June 2004 discovery request. Plaintiff indicates that he does not oppose the motion.

Accordingly, defendants' motion [**doc. #32**] is **GRANTED**. All discovery in this case shall be completed on or before **September 1, 2004,** with any dispositive motions filed on or before **October 1, 2004.** In addition, defendants shall respond to the June 2004 discovery request on or before **July 20, 2004.**

SO ORDERED this 12th day of July, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE