UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUL 14 P 3: 52
U.S. DISTRICT COURT
HARTFORD, CT.

ALEX VELEZ             :
                       :              PRISONER
    v.                 :   Case No. 3:03CV299(RNC)(DFM)
                       :
JENSEN, et al.         :

RULING AND ORDER

Defendants Jensen, Lahda and Neville move to adopt the answer and affirmative defenses to the original complaint and the motion to dismiss and/or strike the amended complaint filed by the remaining defendants before defendants Jensen, Lahda and Neville waived service.  The motion [**doc. #33**] is **GRANTED**.

**SO ORDERED** this 13th day of July, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE