UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  | PRISONER |
|---|---|---|
| ALEX VELEZ | : | CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v. | : | |
| JENSEN, ET AL. | : | JULY 28, 2004 |

## MOTION FOR ENLARGEMENT

The defendants respectfully request a further motion for enlargement of time, nunc pro tunc, to August 6, 2004, to respond to plaintiff's discovery requests for all of the following reasons:

1.      Defendants' counsel has missed more time from work due to physical problems than originally anticipated;

2.      Defendants' counsel has been unexpectedly involved in litigation responsibilities aimed at resolving complex cases which are scheduled for trial;

3.      One of the defendants has been out of work on workers' compensation, making his response to the discovery requests more difficult to complete.

This is defendants' second request for enlargement of time for this purpose.

Plaintiff is proceeding pro se and, as such, his position to this request has not been ascertained.

DEFENDANTS
Jensen, Lahda, Neville

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05195
E-Mail:  michael.lanoue@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day

of July 2004:

Alex Velez #225611
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470


_____/s/_____
Michael J. Lanoue
Assistant Attorney General

2