UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| v. | : |  |
| JENSEN, ET AL. | : | AUGUST 5, 2004 |

## MOTION FOR ENLARGEMENT

The defendants respectfully request a further motion for enlargement of time, nunc pro tunc, to August 13, 2004, to respond to plaintiff's requests for all of the following reasons:

1.  Two of the named defendants have been unexpectedly out of work due to work-related injuries.

This is defendants' third request for enlargement of time for this purpose.

Plaintiff is proceeding pro se and, as such, his position to this request has not been ascertained.

                                               DEFENDANTS
                                               Jensen, et al.

                                               RICHARD BLUMENTHAL
                                               ATTORNEY GENERAL

                             BY:_____
                                Michael J. Lanoue
                                Assistant Attorney General
                                110 Sherman Street
                                Hartford, CT  06105
                                Federal Bar #ct05195
                                E-Mail:  michael.lanoue@po.state.ct.us
                                Tel: (860) 808-5450
                                Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of August 2004:

    Alex Velez #225611
    Garner Correctional Institution
    P.O. Box 5500
    Newtown, CT 06470

                                                                         _____
                                                                         Michael J. Lanoue
                                                                         Assistant Attorney General