UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 16  P 4:09

U.S. DISTRICT COURT
HARTFORD, CT.

ALEX VELEZ  :
            :           PRISONER
   v.       :  Case No. 3:03CV299(RNC)(DFM)
            :
JENSEN, et al.  :

### RULING AND ORDER

Defendants filed two motions for extension of time to respond to plaintiff's discovery requests. The first sought an extension of time until August 6, 2004, the second until August 13, 2004. Defendants' motions [**docs. ## 37, 38**] are **GRANTED** *nunc pro tunc*.

**SO ORDERED** this 16th day of August, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE