United States District Court
District of Connecticut

Alex Velez                : Civil No. 3:03CV299(RNC)(DFM)
    v.
Jensen, et al             : September 25, 2004

Motion For Compliance Of Plaintiff's First
    Request For Interrogatories
And Request For Production Of Documents

Plaintiff, in the above captioned case matter respectfully moves the Honorable Court to order the defendants to comply with the release of all information regarding the plaintiff's first request for interrogatories and plaintiff's first request for production of documents.

Plaintiff requests specifically that items #3, 4 and 6 be provided within the requested documents.

Plaintiff maintains that his case would be adversely prejudiced without these necessary documents because the information is relavent to his proving his case.

Respectfully submitted

Alex Velez
Alex Velez, plaintiff, prose

Certification

I hereby certify that a copy of the foregoing was mailed pursuant to Fed. R. Civ. P., this 25th day of September 2004 to:

Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06105

by: Alex Velez
Alex Velez, plaintiff, pro se
Garner Correctional Inst.
50 Nunnawauk Road
Newtown, Ct 06470-5500