UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03CV299 (RNC)(DFM) |
| V. | : |  |
| JENSEN, ET AL. | : | OCTOBER 19, 2004 |

### OBJECTION TO PLAINTIFF'S MOTION FOR COMPLIANCE OF FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The defendants object to plaintiff's motion for compliance for the following reasons:

1. The plaintiff has not attempted a good faith effort to resolve these issues with defendants' counsel as required by the local rules of this Court.

2. The plaintiff's requests are overly broad and burdensome in that they require production of thousands of documents unrelated to this case such as documents relating to the justified use of force by defendants and correctional officers in incidents in which the plaintiff was not involved.

3. The plaintiff requests that records of thousands of inmates be searched in an effort to find out whether they ever made a complaint against the defendants without regard to whether such complaint was ever justified or found to be of any substance.

4. The plaintiff requests all documents which mention his name or refer to him since August of 2002 which would require a page by page examination of all log books in the institution and production of such books redacted for every other inmate.

WHEREFORE, the defendants request that plaintiff's motion for compliance be denied.

DEFENDANTS
Jensen, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Michael J. Lanoue
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05195
E-Mail: michael.lanoue@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of October, 2004, to:

Alex Velez #225611
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

_____/s/_____
Michael J. Lanoue
Assistant Attorney General