United States District Court
District of Connecticut

FILED
2005 FEB -8 P 3: 27
U.S. DISTRICT COURT
BRIDGEPORT CONN

Alex Velez                    Prisoner

V.                            Case No. 3:03CV299(RNC)(DFM)

Jensen, et al                 Date: February 7, 2005

## Motion for Appointment of Counsel

Petitioner in the above captioned case matter respectfully moves for appointment of Pro bono counsel pursuant to the Americans with Disabilities Act.

Plaintiff is an incarcerated mental health inmate who is currently housed in a mental health Unit at Garner Correctional Institution in Newtown CT.

In support of this motion plaintiff has attached several letters of rejection from various attorneys.

Plaintiff is also a pro se litigant who is neither trained in law or has access to anyone adequately trained in legal Matters. Inmates Legal Assistance program attorneys refuse to provide any meaningful assistance.

Wherefore plaintiff prays to the Honorable Court to grant this motion so that he is not denied meaningful access to the court and so that justice may be done.

Respectfully Submitted; Alex Velez
Alex Velez Plaintiff

LAW OFFICES OF

# Robert Sullivan

ROBERT J. SULLIVAN, JR.
Also admitted in California

190 MAIN STREET
WESTPORT, CONNECTICUT 06880

V/TDD
(203) 227-1404

Telephone (203) 227-1404
Facsimile  (203) 226-6403
Email rjslaw@optonline.net

May 16, 2003

Alex Velez #225611
Garner Corr. Inst.
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Velez::

I am writing in response to your letter dated May 13, 2003.

Thank you very much for considering this office in connection with your lawsuit. Unfortunately, this office is not in a position to provide assistance to you in this matter.

**PLEASE BE ADVISED THAT THERE ARE STATUTES OF LIMITATIONS WHICH COULD CAUSE YOU TO LOSE ANY RIGHT YOU MAY HAVE TO SUE IF YOU DO NOT ACT QUICKLY. YOU SHOULD RESEARCH THE APPROPRIATE STATUTES, OR IMMEDIATELY HIRE COUNSEL TO HELP YOU IN THAT REGARD. NOTHING IN THIS LETTER SHOULD BE CONSTRUED AS AN EFFORT TO COUNSEL YOU WITH RESPECT TO THE STATUTE OF LIMITATIONS. I HAVE, IN FACT, NOT LOOKED INTO THE STATUTE OF LIMITATIONS AS IT RELATES TO YOUR CLAIM.**

I wish you well in your endeavors.

Sincerely,

Robert J. Sullivan, Jr.

RJS:dee
Enclosures



## Cannatelli Law Offices

549 Howe Ave. Suite B, Shelton, CT 06484
Phone 203/924-6984  Fax 203/924-9267
Toll Free 866/213-7784
*Frank@cannatellilaw.com*

Alex Valez
Garner CI
50 Nunnawauk Road
Newington, Conn.
06470

June 2nd, 2003

Dear Mr. Valez:

Thank-you for your letter. I am sorry that I am unable to take your civil rights matter.

I do wish you the best of luck, and hope that you are successful with your lawsuit.

Best of luck.

Yours, very truly,

Frank P. Cannatelli

# JEREMIAH DONOVAN

ATTORNEY AT LAW
123 Elm Street, Unit 400
Post Office Box 554
Old Saybrook, Connecticut 06475

ALSO ADMITTED IN NEW YORK

(860) 388-3750
FAX 388-3181

June 13, 2003

Mr. Alex Velez #225611
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470-5500

Re: Request for legal assistance

Dear Mr. Velez:

Thank you for your recent letter requesting our legal assistance. It is a great compliment to our office that you should seek out our aid. Unfortunately, I have to report to you that Mr. Donovan receives roughly one written request each week (and sometimes considerably more) from people who have heard of his reputation and hope that he will represent them pro bono -- that is, for free, as a public service. Because of the number of requests, and because Mr. Donovan already donates a large number of hours to pro bono activities, we simply have to decline these requests, even though many of them seem worthwhile.

Again, we thank you for considering entrusting our office with the very serious matter that you have described to us, and we hope and pray that you will be able to reach a just and satisfactory resolution of the matter.

Sincerely yours,

*Shirley Massa*

SHIRLEY MASSA
Assistant to Mr. Donovan

# Charles D. O'Hara, Jr., P.C.

ATTORNEY AT LAW

Tel (203) 333-3434
(203) 929-8831
Fax (203) 368-1055

2145 NORTH AVENUE
BRIDGEPORT, CT 06604-2495

August 1, 2003

Alex Velez #225611
Garner C.I.
P.O. Box 5500
Newtown, CT 06470

Re: Litigation

Dear Mr. Velez:

I am in receipt of your correspondence.

Unfortunately, due to my current caseload and time constraints I am unable to handle your case.

Thank you for your consideration and best of luck in your legal endeavor.

Sincerely,
Charles D. O'Hara, Jr., P.C.

Charles D. O'Hara, Jr.

CDO/tmg
Enc.

# EMMETT & GLANDER

ATTORNEYS AT LAW

KATHRYN EMMETT
JANE W. GLANDER
CHRISTINE CAULFIELD*

*ALSO ADMITTED IN NEW YORK

45 FRANKLIN STREET • STAMFORD, CT 06901
(203) 324-7744   FAX (203) 969-1319

17 POND BROOK ROAD • P.O. BOX 724 • NEWTOWN, CT 06470
(203) 270-9272   FAX (203) 426-1270

www.emmettandglander.com

June 3, 2004

Mr. Alex Velez, #225611
Garner Correctional Institution
50 Nunnawauk Road, P.O. Box 5500
Newtown, CT 06470.5500

Dear Mr. Velez:

Thank you for your inquiry requesting representation. Unfortunately, our office is not able to represent you at this time. Thank you.

Very truly yours,

Kathryn Emmett

KE/dmc

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

Kenneth Rosenthal
krosenthal@bswlaw.com
Direct Fax: 203-772-2600

June 22, 2004

Mr. Alex Velez #225611
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Velez:

I have received your letter dated May 20, 2004.

I am very sorry that we are unable to represent you at this time.

Very truly yours,

Kenneth Rosenthal

KR:ss

271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

July 29, 2004

Alex Velez
Inmate # 225611
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

RE:   **Potential representation**

Dear Mr. Velez:

My office is in receipt of your letter dated July 27, 2004 letter in which you seek representation in a federal civil rights action against corrections officers.

I reviewed Judge Chatigny's ruling on the defendants' motion to dismiss and motion to strike. I was happy to read that he ruled in your favor. It sounds as though you certainly have a viable claim.

I must regret to inform you, however, that my office is not accepting any new federal civil rights cases at this time. In addition, my office charges an hourly rate of $250.00 per hour in addition to an up-front retainer to undertake any civil case including a civil rights matter.

As a result, it appears as though my office cannot be of assistance to you in this matter. I wish you the best of luck in your future endeavors.

Very truly yours,

FRANK J. RICCIO II

FJR2/2