UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR -5 P 4: 40

DISTRICT COURT
HARTFORD CT

ALEX VELEZ                   :
                             :           PRISONER
    v.                       :    Case No. 3:03CV299(RNC)(DFM)
                             :
JENSEN, et al.               :

## RULING AND ORDER

Plaintiff seeks appointment of pro bono counsel pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel, see, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989), and requires that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

Plaintiff has attached to his motion letters from seven law firms denying representation. Although plaintiff states that Inmates' Legal Assistance Program will not provide meaningful assistance, he does not explain what assistance was denied or

attach any letters from attorneys at Inmates' Legal Assistance Program explaining the reason for his statement. Thus, the court cannot conclude that plaintiff has made sufficient attempts to obtain legal assistance on his own.

Thus, plaintiff's motion for appointment of counsel [**doc. #42**] is **DENIED** without prejudice as premature. Any renewal of this motion shall include specific information concerning why the legal assistance available from Inmates' Legal Assistance Program is inadequate at this stage of litigation.

**SO ORDERED.**

Entered this 5th day of April, 2005, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE