**August 11, 2005.** Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered. *Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALEX VELEZ,

    Plaintiff,

v.                                    CASE NO. 3:03CV299 (RNC)

JENSEN, ET AL.,

    Defendants.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_[signature]_ AAG
For all defendants
                                        8/4/05
                                        Date

_____    _____
                                        Date

_____    _____
                                        Date