*August 11, 2005. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.*

*Robert N. Chatigny, U.S.D.J.*

OCT 10 2003

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Alex Velez  :  PRISONER
            :  CASE NO. 3:03cv299(RNC)(DFM)
     v.     :
            :
Jensen, et al :

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_10-7-03_  
Date

_Alex Velez_  
Signature of Plaintiff(s)

_Alex Velez_  
Printed/Typed Name

_____  
Date

_____  
Signature of Defendant(s)

_____  
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.