UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 AUG 11 P 12: 58

DISTRICT COURT
[illegible] CT

ALEX VELEZ,
    Plaintiff,

v.

JENSEN, ET AL.,
    Defendants.

CASE NO. 3:03CV299 (RNC)

### REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge Donna F. Martinez.

The parties are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this 11 day of August 2005.

_____
Robert N. Chatigny
United States District Judge