UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ALEX VELEZ | : | PRISONER<br>CIVIL NO. 3:03cv299 (RNC)(DFM) |
| v. | : |  |
| JENSEN, ET AL. | : | MAY 30, 2006 |

### DEFENDANTS' COUNSEL'S NOTICE OF INABILITY
### TO CONTACT THE PLAINTIFF

1. The Court has scheduled a telephonic status conference for June 7, 2006 at 10:00am.

2. The Court ordered undersigned counsel to contact the plaintiff and make arrangements with the pro se plaintiff for the conference call.

3. The plaintiff discharged from the Connecticut correctional system on July 13, 2005. The plaintiff has not updated the Court or defense counsel of his whereabouts.

4. On May 10, 2006, undersigned counsel sent a letter to the plaintiff at the address of a relative he had provided to the Department of Correction in Stamford, Connecticut. The letter requested that the plaintiff contact the undersigned and notified him of the June 7, 2006, telephonic status conference.

5. The letter has not been returned, however, Mr. Velez has not contacted undersigned counsel.

DEFENDANTS
Jensen, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
    Michael J. Lanoue
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05195
    E-Mail:  michael.lanoue@po.state.ct.us
    Tel: (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was not mailed to the following on this 30th day of May 2006 as plaintiff's forwarding address is unknown.


_____/s/_____
Michael J. Lanoue
Assistant Attorney General