UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ALEX VELEZ,                    :
                               :
     Plaintiff,                :
                               :
     v.                        :     CASE NO. 3:03CV299 (DFM)
                               :
JENSEN, et al.,                :
                               :
     Defendants.               :
```

ORDER OF DISMISSAL

By order dated May 4, 2006, the court scheduled a telephonic status conference for June 7, 2006.  The order directed defendants' counsel to contact the plaintiff and make arrangements for the conference call.  The defendants, however, have informed the court that the plaintiff has been released from the custody of the Connecticut Department of Correction and the defendants have not been able to contact him at the address of a relative that he provided to the Department of Correction upon his release. According to defendants, attempts to contact the plaintiff at that address have been returned as undeliverable.

Rule 83.1(c)2, D. Conn. L. Civ. R., requires a pro se party to provide an address within this district at which service may be made upon him.  Because the plaintiff has not contacted the court to update his address since his release from custody in July of 2005, this action is DISMISSED without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute and failure to comply with the court rule.  Any motion to reopen this dismissal

shall include a current address and demonstrate good cause for plaintiff's failure to keep the court informed of his address.

SO ORDERED at Hartford, Connecticut this 29th day of June, 2006.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge