UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX VELEZ, | : | CASE NO. 3:03CV299 (DFM) |
| v. | : | |
| JENSEN, I/O,<br>SPRING, I/O,<br>NEVILLE, I/O,<br>JOHN LAHDA, I/O,<br>GIOVANNY GOMEZ, I/O,<br>TUNG MINGZER, I/O, | :<br><br>: | |

## JUDGMENT

The Court having entered an Order of Dismissal on June 29, 2006;

It is accordingly ORDERED that this action be and is hereby dismissed without prejudice pursuant to Rule 41 (b), Fed. R. Civ. P., for failure to prosecute and failure to comply with this court rule. Any motion to reopen this dismissal shall include a current address and demonstrate good cause for plaintiff's failure to keep the court informed of his address.

Dated at Hartford, Connecticut this 12th day of July, 2006.

KEVIN F. ROWE, CLERK

BY_____/s/_____
Robert K. Wood
Deputy Clerk

EOD_____